NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL CAPESTANY, )
)
    Appellant, )
)
v. ) Case No. 2D18-4491
)
EUGENIA MCQUIGG, )
)
    Appellee. )
_____)

Opinion filed November 27, 2019.

Appeal from the Circuit Court for
Pinellas County; Pamela A.M.
Campbell, Judge.

Michael Capestany, pro se.

Eugenia McQuigg, pro se.

PER CURIAM.

        Affirmed.

LaROSE, LUCAS, and ATKINSON, JJ., Concur.